**LAW OFFICES JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN, III (State Bar #118694)**
**VICTORIA M. CIGANDA (State Bar #215719)**
1010 F Street, Suite 200
Sacramento, California 95814
Telephone: (916) 444-5557

Attorneys for Plaintiff
RUTH M. CROWELS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH M. CROWELS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATOMAS AUTO BODY AND PAINT, INCORPORATED; DAVID MC NICOL; and DOES I through XX, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: CIV.S-03-2617 GEB PAN<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE THE TRIAL DATE AND SETTING NEW TRIAL DATE**<br><br>Date:　June 27, 2005<br>Time:　9:00 a.m.<br>Crtrm:　10<br><br>Trial Date: July 18, 2005 |

On May 24, 2005, Plaintiff filed her Unopposed Motion to Continue the Trial Date. Having considered the moving papers and supporting declarations and all other matters presented to the Court, IT IS HEREBY ORDERED THAT:

Plaintiff's Unopposed Motion to Continue the Trial Date to a mutually convenient date after August 3, 2005, and continue all corresponding pre-trial deadlines is hereby GRANTED.

1   IT IS FURTHER ORDERED THAT:

2   The jury trial date is set for March 7, 2006[1].

3

4   **IT IS SO ORDERED.**

5   DATED: 6/3/2005

6                                       /s/ Garland E. Burrell, Jr.
                                              **GARLAND E. BURRELL, JR.**

7                                       United States District Judge

---

[1] This date was mutually agreed upon by the parties.

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE
THE TRIAL DATE AND SETTING NEW TRIAL DATE- 2

**Law Offices of Johnny L. Griffin III**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557