1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  RUTH M. CROWELS,

                                      NO. CIV. S-03-2617 GEB/PAN

12          Plaintiff,

13      v.                              **ORDER RE DISPOSAL
                                        DOCUMENTS AFTER**
14  NATOMAS AUTO BODY AND PAINT         **NOTIFICATION OF SETTLEMENT**
    INCORPORATED; and DAVID McNICOL,
15
            Defendants.
16  _____/

17      Based on representations made by counsel at a Settlement

18  Conference conducted before the undersigned on May 1, 2006, the

19  above-captioned case has settled.  The court now orders that the

20  dispositional documents disposing of the case be filed no later

21  than twenty (20) days from the effective date of this order.

22      All hearing dates heretofore set in this matter are hereby

23  **VACATED**.

24  ////

25  ////

26  ////

                                1

1    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>

2    <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

3    <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

4         IT IS SO ORDERED.

5         DATED:  May 3, 2006.

6
                                   /s/Lawrence K. Karlton
7                                  LAWRENCE K. KARLTON
                                   SENIOR JUDGE
8                                  UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26